## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CALVIN GILL,                                              Civil No. 07-4555 (JMR/AJB)

      Petitioner,

v.                                                                            **ORDER**

LORI SWANSON,

      Respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 21, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1. Petitioner Calvin Gill's Amended Application for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 6] is **DENIED**;

    2. Petitioner Calvin Gill's Petition for Writ of Certiorari [Doc. No. 14] is **DENIED** as moot**;** and

    3. This action is **DISMISSED WITH PREJUDICE**.

Dated: September 22, 2008

                                                    s/James M. Rosenbaum
                                                    James M. Rosenbaum
                                                    United States District Court Judge